CINCINNATI BAR ASSOCIATION *v.* ALTEKRUSE.

[Cite as *Cincinnati Bar Assn. v. Altekruse* (1994), 69 Ohio St.3d 266.]

(No. 93–2518—Submitted March 22, 1994—Decided May 11, 1994.)

*Taft, Stettinius & Hollister* and *Timothy E. Hoberg;* and *D. Michael Poast,* for relator.

---

*Per Curiam.* We concur in the findings and recommendation of the board. John L. Altekruse, Jr. is hereby indefinitely suspended from the practice of law. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents and would suspend respondent for one year.